```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAYSON RAMIREZ,                                             :
                                       Plaintiff,           :
                                                            :
                -against-                                   :    21-CV-7835 (VSB)
                                                            :
CITY OF NEW YORK and JOHN DOES                              :         ORDER
1–10,                                                       :
                                       Defendants.          :
                                                            :
----------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2021
```

VERNON S. BRODERICK, United States District Judge:

On August 20, 2021, Plaintiff initiated this action and filed his Complaint and Summons in the New York State Supreme Court, Bronx County.  (Doc. 1 Ex. A).  On September 20, 2021, Defendant City of New York filed a notice of removal on grounds of federal question jurisdiction.  (Doc. 1).  "After removal, repleading is unnecessary unless the court orders it."  Fed. R. Civ. P. 81(c)(2).  "A defendant who did not answer before removal must answer or present other defenses or objections . . . within the longest of these periods":  (1) "21 days after receiving—through service or otherwise—a copy of the initial pleading";  (2) "21 days after being served with the summons for an initial pleading on file at the time of service," or;  (3) "7 days after the notice of removal is filed."  *Id*.  As such, under Rule 81, Defendant City of New York is overdue in answering or otherwise responding to the Complaint.

It is hereby:  ORDERED that Defendant City of New York is directed to answer or otherwise respond to Plaintiff's Complaint on or before November 22, 2021.

SO ORDERED.

Dated:    October 20, 2021
            New York, New York

                                                                        VERNON S. BRODERICK
                                                                        United States District Judge