UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JAYSON RAMIREZ, :
:
                Plaintiff, :
: 21-CV-7835 (VSB)
      -against- :
: **ORDER**
CITY OF NEW YORK and JOHN DOES 1– :
10, :
:
              Defendants. :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action in New York State Supreme Court, Bronx County on August 20, 2021, (Doc. 1 Ex. A).  On September 20, 2021, Defendant City of New York filed a notice of removal on grounds of federal jurisdiction.  (Doc. 1.)  On October 20, 2021, I issued an order directing Defendant City of New York to file an answer or otherwise respond to Plaintiff's Complaint on or before November 22, 2021.  (Doc. 5.)  To date, Defendants have not responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 20, 2021.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 6, 2021
            New York, New York

                                                                                    VERNON S. BRODERICK
                                                                                United States District Judge