UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
JAYSON RAMIREZ,                                              :
                                                             :
                        Plaintiff,           :
                                                                         :           21-CV-7835 (VSB)
                 -against-                       :
                                                                                 :                    **ORDER**
CITY OF NEW YORK,                                            :
                                                             :
                        Defendant.           :
                                                             :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed the complaint in this action on September 20, 2021. (Doc. 1.) Defendant filed its answer on May 13, 2022. (Doc. 19.) On May 17, 2022, I issued an Order and Notice of Initial Conference. (Doc. 20.) I ordered the parties to meet and confer and submit their Case Management Plan and Scheduling Order and joint letter by May 31, 2022. (*Id.*) That deadline has passed, and the parties have not filed the joint letter or the Case Management Plan and Scheduling Order. It is hereby:

       ORDERED that Plaintiff meet and confer with Defendant and submit the joint letter and Case Management Plan and Scheduling Order on or before June 8, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   June 2, 2022
             New York, New York

                                                                                  _____
                                                                                 VERNON S. BRODERICK
                                                                                  United States District Judge