```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JAYSON RAMIREZ,                                            :
                                                           :
                              Plaintiff,                   :
                                                           :          21-CV-7835 (VSB)
             -against-                                     :
                                                           :               ORDER
CITY OF NEW YORK,                                          :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    Since this case is proceeding pursuant to Local Civil Rule 83.10, the parties can disregard the orders at Docs. 20 and 21. Accordingly, it is hereby:

    ORDERED that the parties submit a joint status letter regarding the status of mediation on or before July 1, 2022.

SO ORDERED.

Dated:    June 3, 2022
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge